UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-617-M-(JF) |
| ) | |
| v. ) | **FILED** |
| ) | DEC 1 7 2007 |
| EDWARD KLINE ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Defendant's Unopposed Request to be transferred from the Central Detention Facility to the Central Treatment Facility (CTF), it is hereby,

**ORDERED** that defendant's request is **GRANTED**; and it is

**FURTHER ORDERED** that the D.C. Department of Corrections transfer Edward Kline (DCDC No. 317108) from the Central Detention Facility (the D.C. Jail) to the Central Treatment Facility (CTF) pending further proceedings.

**SO ORDERED.**

12/17/07
Date

/s/ JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc: Department of Corrections
ATT: Gerald Bowser
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Pat Stewart
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530