UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-0617-M-01 (AK) |
| | : | |
| **EDWARD KLINE,** | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 2252(a)(2), (b)(1) |
| Defendant. | : | Distribution of Child Pornography); |
| | : | 18 U.S.C. § 2422(b) (Attempted Enticement of a Minor); 18 U.S.C. § 2253(a) (Criminal Forfeiture) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

1. On or about November 28, 2007, within the District of Columbia and elsewhere, the defendant, **EDWARD KLINE**, knowingly distributed in interstate and foreign commerce, by any means, including by computer, a visual depiction, that is, a video file, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1))

### COUNT TWO

2. On or about November 30, 2007, within the District of Columbia, the defendant, **EDWARD KLINE**, knowingly attempted to persuade, induce, entice, and coerce an individual

under the age of eighteen to engage in sexual activity under such circumstances as would constitute a criminal offense by any person under Title 22, District of Columbia Code, Section 3008.

>(**Attempted Enticement of a Minor**, in violation of Title 18, United States Code, Section 2422(b))

## FORFEITURE ALLEGATION

3.  The violations alleged in Counts One and Two of this Information are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

4.  As a result of the offenses alleged in Count One and Count Two of this Information, the defendant, **EDWARD KLINE**, shall forfeit to the United States any visual depiction described in 18 U.S.C. § 2252A, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense set forth above, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to:

>Personal Property:  Any and all items seized by law enforcement agents on November 30, 2007, search incident to arrest of the defendant and pursuant to a search warrant executed at 121 12th Street, S.E., Apartment 302, Washington, D.C.

5.  By virtue of the commission of the felony offenses charged in Counts One and Two of this Information, any and all interest that the defendant has in the property identified

above, is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253(a).

**(Criminal Forfeiture,** in violation of Title 18, United States Code, Section 2253(a))

        JEFFREY A. TAYLOR
        Attorney of the United States in
        And for the District of Columbia.
        Bar No. 498610

BY: _____
        JEAN SEXTON
        Assistant United States Attorney
        NJ Bar No. 02122-1995
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4235
        Washington, DC 20530
        (202) 305-1419
        Jean.Sexton@usdoj.gov