UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Crim. No. 08-00033 (TFH)** |
| v. : | |
| : | |
| **EDWARD KLINE,** : | |
| : | |
| **Defendant.** : | |
| : | |

## GOVERNMENT'S MOTION FOR SENTENCING DEPARTURE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court pursuant to Title 18, United States Code, Sections 3553(b)(2)(A)(iii) and 3553(e), and United States Sentencing Commission Guidelines Manual (U.S.S.G.) Section 5K1.1 (2007 ed.), to depart from the statutory minimum sentence and applicable guidelines range in sentencing defendant Edward Kline.  In support of its motion, the government states as follows:

1. The defendant was arrested on November 30, 2007, and charged with Attempted Enticement of a Minor in violation of 18 U.S.C. § 2422(b).  At his appearance before the Magistrate Court on December 5, 2007, the defendant waived his preliminary hearing and conceded detention.  He remains incarcerated at the Correctional Treatment Facility (CTF).

2. On December 12, 2007, the defendant and his attorney met with members of the Metropolitan Police Department and agents from the Federal Bureau of Investigation and the defendant advised them that he had information that he was willing to provide to the authorities concerning the production of child pornography and the sexual abuse of minor children and the possible locations where the offenses had and might still be occurring.  The defendant met with the law enforcement officers on several occasions thereafter and his substantial assistance resulted

in the arrest of a Metropolitan Police Department Officer on the charge of Attempted Enticement of a Minor, the filing of a criminal complaint charging another individual with Distribution of Child Pornography, and in investigative leads pertaining to other individuals.

3. Following the substantial assistance provided by the defendant, the parties entered into a formal plea agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) in which the defendant has agreed to plead guilty to Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), and Attempted Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), in exchange for the government's agreement that a specific sentence of nine years imprisonment followed by lifetime supervised release is an appropriate disposition of the case.

4. Pursuant to 18 U.S.C. §§ 2252(b)(1), 3571(b)(3), and 3583(k), the charge of Distribution of Child Pornography carries a maximum penalty of imprisonment of not less than five years and not more than twenty years, a fine of $250,000, and a term of supervised release of any term of years not less than five years and up to life. Pursuant to 18 U.S.C. §§ 2422(b), 3571(b)(3), and 3583(k), the charge of Attempted Enticement of a Minor carries a maximum penalty of imprisonment for life, a mandatory minimum of not less than ten years, a fine of $250,000, and a term of supervised release of any term of years not less than five years and up to life. Finally, under the Sentencing Guidelines, the Government believes that the two offenses would be grouped under U.S.S.G. §§ 3D1.1, 3D1.2(b), and that the Sentencing Guideline range would be 262-327 months.

5. Given the statutory minimum sentence of ten years for Attempted Enticement of a Minor, unless the Court grants the Government's Motion for Departure, the parties' agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) for a specific sentence of nine years imprisonment followed by lifetime supervised release cannot be accepted by the Court.

WHEREFORE, in consideration of the defendant's substantial assistance, the Government requests that its Motion for Departure be granted.

        Respectfully submitted,
        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

        _____/s/_____
        Jean W. Sexton
        NJ Bar 02122-1995
        Assistant United States Attorney
        555 Fourth Street, N.W., Room 4235
        Washington, D.C.  20530
        202-305-1419  Fax: 202-514-6010
        E-mail:   Jean.Sexton@usdoj.gov