CO-526
(12/86)

**FILED**

MAR 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 08-33 (TFH)
)
Edward Kline )
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Edward D. Kline_
Defendant

_Cal [signature]_
Counsel for defendant

I consent:

_[signature]_
United States Attorney

Approved:

_[signature]_
Judge