AO 455 (Rev. 5/85) Waiver of Indictment

FILED

MAR 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Edward Kline | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08-33 (TFH) |

I, __Edward Kline__, the above named defendant, who is accused of




being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/4/08__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.




_Edward D. Kline_
Defendant

_Cal Ph_
Counsel for Defendant

Before _Thomas F. Hogan_
Judicial Officer