**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MAR 4  2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. :  08-00033 (TFH) |
| | : | |
| EDWARD KLINE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on March 4, 2008, the defendant, Edward Kline, pleaded guilty to:

Distribution of Child Pornography, in violation of Title 18, United States Code, Section

2252(a)(2), (b)(1)), and Attempted Enticement of a Minor, in violation of Title 18, United States

Code, Section 2422(b).

WHEREAS, the Information also alleged the forfeiture of certain personal property,

which property is subject to forfeiture pursuant to Title18, United States Code, Section 2253, as

property that contained visual depictions described in Title 18, United States Code, Section

2252A which were produced, transported, mailed, shipped, or received in violation of the

chapter; and/or that constituted or was traceable to gross profits or other proceeds obtained from

such offense; and/or property that was used or intended to be used to commit or to promote the

commission of the offense set forth above;

WHEREAS, this Court has determined, based on the evidence set forth during the

defendant's guilty plea, that the "Subject Property" is subject to forfeiture pursuant to Title18,

United States Code, Section 2253, and that the Government has established the requisite nexus

between such property and violation(s) of Title 18, United States Code, Section 2252A;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That this Preliminary Order of Forfeiture is entered in accordance with Fed. R. Crim. P. 32.2(b)(2), concerning the following Subject Property, which is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 2253:

> Any and all items listed in Exhibit A, FD-597, Receipt for Property Seized dated November 30, 2007, that were seized incident to the arrest of the defendant at
> ; any and all items listed in Exhibit B, FD-597, Receipt for Property Seized dated November 30, 2007, that were seized pursuant to a search warrant executed at 121 12th Street, S.E., Washington, D.C.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

3. Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4. The United States may publish notice of the Order and its intent to dispose of the Subject Property in such a manner as the Attorney General (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property. (No such notice is required to the extent that this Order consists solely of a money judgment against the defendant. Rule 32.2(c)(1).) Any person, other than the above named defendant, asserting a legal interest in the Subject Property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of the Preliminary Order of Forfeiture, pursuant to

2

21 U.S.C. § 853(n) (as incorporated).

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

6. Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

7. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8. The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853 for the filing of third party petitions.

9. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

10. The Clerk of the Court shall forward four certified copies of this Order to Assistant

United States Attorney Jean Sexton, United States Attorney's Office, 555 Fourth Street, NW,

Washington, D.C. 20530.

SO ORDERED.

Dated this _____4th_____ day of _____March_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

- FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # *305A-WF-237417*

On (date) *NOVEMBER 30, 2007*

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) *EDWARD SAMUEL KLINE*

(Street Address) _____

(City) _____

Description of Item(s): *THE FOLLOWING ITEMS WERE SEIZED FROM KLINE*
*UPON HIS ARREST AT 1301 U STREET, APT 217, WASHINGTON, DC:*
*① HI-8 SONY HANDYCAM W/ POWER ADAPTER; SN: 49593*
*② FIVE 3PACK CONDOMS; ONE 2PACK CONDOMS?, ONE BOTTLE OF BODYGLIDE*
*③ ONE VERIZON LG CELLULAR PHONE W/ CORD; SIN: 703KPWQ0316132*
*④ APPLE I-POD 2GB MODEL; SIN: 5UG29731TJT*
*⑤ ONE 2142 BATTLEFIELD THUMB DRIVE*
*⑥ ONE MAXTOR HARD DRIVE, SN: L2055RGJ*

*NO Additional Items*

Received By: _____
(Signature)

Received From: _____
(Signature)

*Exh. A*

1

## U.S. DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
**Receipt for Property Received/Returned/Released/Seized**

On (date) __11/30/07__

At (time) __11°° p~__

(Name) __Edward Kline__

(Location)

Item(s) listed below were:

☐ Received From

☐ Returned To

☐ Released To

☒ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | Verizon LG Cell phone |
| 2 | Edward Kline Resume |
| 3 | 7 CD-R's and 1-3.5 in diskette |
| 4 | 7 Hi-8 video tapes |
| 5 | Verizon Cell phone Model VX8000 SN 504KSWK01163857 wityh charger |
| 6 | Maxtor Hard Drive SN SG-/531x-19661-a4hd |
| 7 | 21 CD-r's |
| 8 | Three Routers - Linksys, Motorola, Netgear |
| 9 | 4 destroyer journals, 1 handjobs magazine, 1 XY magazine |
| 10 | Two CD's |
| 11 | Two Memorex CD's |
| 12 | Address Book |
| 13 | Notebooks with writing |
| 14 | 11 Cd's, one video tape, one floppy disk, one DVD |
| 15 | 4 cd's |
| 16 | Western Digital Ext Hard Drive SNwmapzo781`094 |
| 17 | IBM Thinkpad Mac adress: 00-00-59-33-21-62 |
| 18 | Black no name desktop computer |
| 19 | Seagate External Harddrive |

**Agent Copy**

*Page 1 of 2*

EXh. B.

NVRA FBI SQUAD CR16                    PAGE  08/12

| ITEM#    DESCRIPTION |
|---|

(END OF LIST)                                          Total of 19 Item(s) Listed

This is to certify that Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, at the time of conducting a search of my person and/or the property (121 12TH ST SE WASHINGTON, DC) obtained the above listed items.  I further certify that the above represents all that was obtained by Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice.

_____

Signature

Witnessed:    _____

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

_____

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

**Agent Copy**  *Page 2 of 2*