## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Crim. No. 08-00033 (TFH)** |
| **v.** : | |
| : | |
| **EDWARD KLINE,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to continue the sentencing in ths case until a date after July 25, 2008.  In support of its motion, the Government states as follows:

1. On March 4, 2008, the defendant pled guilty pursuant to a Rule 11(c)(1)(C) agreement with the Government to Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), and Attempted Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), in exchange for the Government's agreement that a specific sentence of nine years imprisonment followed by lifetime supervised release was an appropriate disposition of the case.  After the plea colloquy, the Court deferred its decision on whether to accept the agreement until after a presentence report was prepared, and the Court had had an opportunity to review it.  Sentencing is currently scheduled for June 11, 2008.

2. As the Court is aware, at the time of the defendant's arrest in this case, agents from the Federal Bureau of Investigation and officers from the Metropolitan Police Department seized items during the search incident to Mr. Kline's arrest, and during the subsequent execution of a search warrant on Mr. Kline's residence.  As noted in the Statement of Offense, over six hundred images of child pornography were recovered from these items.

3. In every child pornography case, the FBI analysts must retrieve all of the images, both videos and photographs, and then submit those images to the National Center for Missing and Exploited Children (NCMEC). A NCMEC analyst then compares those images with others to determine whether there are any previously-identified victims depicted in the images. Pursuant to the Crime Victims Rights Act, the Government must then use its best efforts to contact those victims to see if he or she wants to provide an oral or written statement during the offender's sentencing. See 18 U.S.C. § 3771 (c). The right to make that statement is statutory and is codified at 18 U.S.C. § 3771(a).

4. Given the number of images that were recovered in this case, the procedures described above are not yet complete. It is anticipated that the FBI and NCMEC analysts will be done by July 25, 2008. Accordingly, the Government is requesting that the Court continue the sentencing until a date after July 25, 2008.

5. The undersigned Assistant contacted defense counsel Carlos Vanegas who does not oppose the Government's request.

WHEREFORE, the Government respectfully requests that the Court continue the defendant's sentencing until a date after July 25, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____/s/_____
Jean W. Sexton
NJ Bar 02122-1995
Assistant United States Attorney
555 Fourth Street, N.W., Room 4235
Washington, D.C.  20530
202-305-1419  Fax: 202-514-6010
E-mail:  Jean.Sexton@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Crim. No. 08-00033 (TFH) |
| v. : | |
| : | |
| **EDWARD KLINE,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Upon consideration of the Government's Motion to Continue Sentencing, and for good cause shown, it is this _____ day of June, 2008,

ORDERED that the sentencing date of June 11, 2008, is hereby vacated; and

FURTHER ORDERED that the new sentencing date is _____, 2008.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

Copies:
Jean Sexton, Esq. (AUSA)
Carlos Vanegas, Esq. (FPDS)