**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  08-33 (TFH)** |
| | : | |
| **v.** | : | |
| | : | |
| **EDWARD KLINE** | : | |
| | : | |
| **Defendant** | | |

**NOTICE OF FILING**

   The United States Attorney informs the Court that filed herewith is a Notice to withdraw and terminate document number 16 Sentencing Memorandum from the above case that was submitted in error on June 3, 2008.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR
                                                United States Attorney
                                                Bar No. 498610

                                                _____

                                                Jean Sexton
                                                Assistant United States Attorney
                                                555 4th Street, N.W.  #4239
                                                Bar No.: NJ 02122-1995
                                                Washington, DC 20001
                                                (202) 305-1419
                                                Jean.Sexton@usdoj.gov