UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | :    Crim. No. 08-00033 (TFH) |
| v. | : |
| | : |
| EDWARD KLINE, | : |
| | : |
| Defendant. | : |

### ORDER

Upon consideration of the Government's Motion to Continue Sentencing, and for good cause shown, it is this 9 day of June, 2008,

ORDERED that the sentencing date of June 11, 2008, is hereby vacated; and

FURTHER ORDERED that the new sentencing date is 9/4/08, 2008. At 10:00AM

THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

Copies:
Jean Sexton, Esq. (AUSA)
Carlos Vanegas, Esq. (FPDS)